# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

**HON.** Nancy Joseph, presiding.  
**DATE:** September 5, 2023 at 11:00am  
**CASE NO.** 22-CR-169  
**UNITED STATES v.** Aziz Hassan Bey and Divine Seven-El  
**PROCEEDING:** Status Conference

**Deputy Clerk:** Ross Miller  
**Court Reporter:** Zoom Audio  
**Time Called:** 11:01am  
**Time Concluded:** 11:20am

**UNITED STATES by:** John Scully  
**Probation Officer:** *Excused*  
**Interpreter:** N/A

**DEFENDANTS:** **Aziz Hassan Bey and Divine Seven-El,** *Pro Se,* via video conference, and by **ATTORNEYS:** **Attorney Peter Arnold as Stand-By Counsel for Aziz Hassan Bey, Attorney Jeff Jensen as Stand-By Counsel for Letz Osiris Bey, Attorney Thomas Hayes as Stand-By Counsel for Minister Zakar Ali**

---

Matter in Court to address Attorney Peter Arnold's Motion to Continue (ECF No. 99) and Defendant Aziz Hassan Bey's Motion to Strike and Motion to Terminate Stand-By Counsel (ECF No. 100).

Attorney Peter Arnold addressed the issues that have made him unavailable for the jury trial. Defendant Aziz Hassan Bey addressed his motion to remove stand-by counsel. Government's position is that stand-by counsel should be appointed over the objections of the defendants. Court conducted a colloquy with both Defendants Aziz Hassan Bey and Divine Seven-El regarding the appointment of stand-by counsel. Defendants Aziz Hassan Bey and Divine Seven-El object to the appointment of stand-by counsel.

Court GRANTS Defendant Aziz Hassan Bey's Motion to Strike and Motion to Terminate Stand-By Counsel (ECF No. 100). Attorney Peter Arnold is WITHDRAWN as Stand-By Counsel for Aziz Hassan Bey.

Court DECLINES to appoint Stand-By Counsel for Defendant Divine Seven-El.

Court DENIES AS MOOT Attorney Peter Arnold's Motion to Continue (ECF No. 99).